GARY M. RESTAINO
United States Attorney
District of Arizona
ADAM D. ROSSI
Assistant U.S. Attorney
AZ State Bar No. 028042
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: adam.rossi2@usdoj.gov
Attorneys for Plaintiff

FILED
2023 NOV -1 PM 3:40
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

Danny Duarte Zarate,

Defendant.

CR23-01693 TUC-RM(LCK)

**I N D I C T M E N T**

VIO:  26 U.S.C. §§ 5841, 5845(a)(2), 5861(d), and 5871
(Possession of Unregistered Firearm)
Count 1

18 U.S.C. §§ 922(g)(1) and 924(a)(8)
(Felon in Possession of a Firearm)
Count 2

26 U.S.C. § 5872;
18 U.S.C. § 924(d)
28 U.S.C. § 2461(c)
(Forfeiture)

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

On about August 20, 2023, at or near Tucson, in the District of Arizona, DANNY DUARTE ZARATE knowingly possessed a firearm as defined in Title 26, United States Code, Section 5845; that is: one (1) Remington model 870 Express Magnum 12-gauge shotgun, with the buttstock removed, converting the shotgun to a weapon made from a shotgun with an overall length of less than 26 inches as modified, not registered to ZARATE in the National Firearms Registration and Transfer Record.

/ / /

All in violation of Title 26, United States Code, Sections 5841, 5845(a)(2), 5861(d), and 5871.

### COUNT 2

On or about August 20, 2023, in the District of Arizona, defendant DANNY DUARTE ZARATE, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm in and affecting interstate commerce, to wit: one (1) Remington model 870 Express Magnum 12-gauge shotgun, with the buttstock removed.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

### FORFEITURE ALLEGATION

Upon conviction of Count One of the Indictment, the defendant, DANNY DUARTE ZARATE, shall forfeit to the United States pursuant to Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c), any firearms involved in the commission of the offense, including, but not limited to: one (1) Remington model 870 Express Magnum 12-gauge shotgun, with the buttstock removed.

Upon conviction of Count Two of the Indictment, the defendant, DANNY DUARTE ZARATE, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited one (1) Remington model 870 Express Magnum 12-gauge shotgun, with the buttstock removed.

If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said

1 | defendant up to the value of the above forfeitable property, including, but not limited to,
2 | all property, both real and personal, owned by the defendant.
3 |       All pursuant to Title 26, United States Code, Section 5872, and Title 28, United
4 | States Code, Section 2461(c).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: November 1, 2023

REDACTED FOR PUBLIC DISCLOSURE

GARY M. RESTAINO
United States Attorney
District of Arizona

/s/
ADAM D. ROSSI
Assistant United States Attorney